

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs

CR NO. <u>2:18-CR-01024-DCN-3</u>

~~Andeika~~ Andreika Mouzon

# PLEA

The defendant, ~~Andeika~~ Andreika Mouzon, having withdrawn her plea of Not Guilty entered, December 13, 2018 pleads guilty to **Count(s)** __1 & 2__ of the **Indictment**/Superseding **Indictment**, after arraignment in open court.

(Signed) Defendant

Charleston, South Carolina
July 31, 2019