RELEASE FROM PROBATION FOR ANDREIKA SHAMERE MOUZON

In my opinion, the question of whether an individual should be released from probation after paying restitution is rooted in principles of fairness, rehabilitation, and the fulfillment of obligations. When someone has committed an offense, they enter the criminal justice system, which often includes probation as a means of supervision and rehabilitation. Restitution, which involves compensating the victim or society for the harm caused, is a crucial aspect of this process. Once restitution is paid, it signifies the completion of a significant step in the individual's rehabilitation journey.

Releasing an individual from probation after restitution is paid serves as recognition of their efforts to make amends and reintegrate into society. It acknowledges that they have fulfilled their financial obligations to the victim or the community and signals that they are ready to transition back into the community as a responsible and law-abiding citizen. It aligns with the rehabilitation aspect of the criminal justice system, which aims to support individuals in their efforts to lead productive lives free from criminal activity.

However, it's important to note that the decision to release someone from probation should not be solely contingent on restitution payment. Factors like the nature of the offense, the individual's behavior during probation, and the assessment of their rehabilitation progress should also be considered. While restitution is a significant milestone, a comprehensive evaluation of the person's readiness to be released from probation should encompass various aspects of their journey toward reintegration. In my view, a balanced approach that considers all these factors can provide a fair and effective way to decide on the release from probation after restitution is paid.

With that being said, I Andreika Shamere Mouzon have in my opinion met the requirements for release from probation. I have paid restitution in full as ordered by the courts in the amount of $18,959.00. This was to repay the victims of the case I was involved in, I did not have any apprehension about paying not only because it was court ordered, but because it was the right thing to do. Also, I have not had any additional infringements with the law in any instance since being put on probation. I also made every meeting with the Probation Officer assigned to me and have not failed any drug test. In addition to that, I have progressed in society by obtaining my Associates Degree of Science in pursuit of becoming an LPN in the state of South Carolina.

To give more insight on me as a person, I have recently become engaged and will be getting married in 2024 to my veteran of the military Fiancé Hakeem Reed. We lost a child in 2021, even with this detrimental situation occurring in life, it did not become an excuse for me to not be an upstanding citizen. I currently do volunteer work with my Fiancé to feed the homeless and do food drives to help out the ones in need in the society with R&R Pantries Foundation. I understand that even though I was not fully aware of what I took part in, I was at fault in some ways, but with that being said I feel I have more than paid back my debt to society. In conclusion, I Andreika Shamere Mouzon am giving the motion that I be removed from probation on the stipulation that I have served my time and have done my due diligence as a citizen for the state of South Carolina.